# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| WISNER CENATUS, | : | |
| --- | --- | --- |
| Petitioner | : | |
| | : | No. 1:18-cv-1833 |
| v. | : | |
| | : | (Judge Rambo) |
| WARDEN CLAIR DOLL, | : | |
| Respondent | : | |

# ORDER

**AND NOW**, this 3rd day of April, 2019, upon consideration of Petitioner Wisner Cenatus's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to amend the docket to reflect that Petitioner's proper name is Wisner Cenatus;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DISMISSED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** this matter.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge